*E-Filed 11/18/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> HOTFILE CORP., *et al.*, <br><br> Defendants. | No. C 11-80289 RS <br><br> **ORDER RE REFERENCE TO MAGISTRATE JUDGE** |

The previous order (Dkt. No. 6) referred the case to a randomly assigned Magistrate Judge for resolution of discovery matters, pursuant to Local Rule 72-1. In light of the fact that the above-captioned case and an earlier filed case, *Disney Enterprises, Inc., et al. v. Hotfile Corp., et al.*, No. C 11-80288 RS, which is pending before Magistrate Judge Ryu, concern similar factual and legal matters, the prior order is withdrawn, and the above-captioned case is hereby reassigned to Magistrate Judge Ryu for all discovery matters. Defendant shall re-notice the motion for hearing before Judge Ryu, pursuant to the local rules and any standing orders or procedures of Judge Ryu, upon assignment.

IT IS SO ORDERED.

Dated: 11/18/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-80289 RS
ORDER RE REFERENCE TO MAGISTRATE JUDGE